**Joan G. BARTLETT, Plaintiff— Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

**Berlestine B. Sparks, Amicus Supporting Appellant.**

**No. 04–2437.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 26, 2005.

Decided Nov. 15, 2005.

Daniel J. O'Connell, Peterson Noll & Goodman, P.L.C., Vienna, Virginia; Gary R. Sheehan, Gary R. Sheehan, Ltd., Fairfax, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Dennis C. Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee; Stephen A. Horvath, Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C., Fairfax, Virginia, for Amicus Supporting Appellant.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joan G. Bartlett appeals the district court's order dismissing her action filed under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2000), for failure to state a claim. The district court properly concluded that Bartlett failed to show that the driver of the vehicle that struck her was acting within the scope of her employment at the time of the accident. *See Smith v. Landmark Communications, Inc.,* 246 Va. 149, 431 S.E.2d 306 (1993). Accordingly, we affirm for the reasons stated by the district court. *See Bartlett v. United States,* No. CA–04–222–1 (E.D.Va. filed Sept. 13, 2004 & entered Sept. 15, 2004). We dispense with oral argument because the facts and legal con-